RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  10/18/06
6B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT COURT

LAFAYETTE DIVISION

| | |
|---|---|
| ENSCO OFFSHORE CO. | CIVIL ACTION 06-190 |
| VERSUS | CHIEF JUDGE HAIK |
| M.H. PYRAMID, ET AL | MAGISTRATE JUDGE HILL |

## RULING

Before the Court are Motions for Summary Judgment filed by Ensco Offshore Co., Liberty Mutual Insurance Co., and M.H. Pyramid, Inc. (Docs. 22, 29, and 30). After a thorough review of the record and being fully advised in the premises, the Motions are hereby **DENIED** at this time.

The Court finds that the issue of Larry Daley's status has bearing on the matter before it and, as his status has not yet been determined, summary judgment is not appropriate. Additionally, the issue of Mr. Daley's status is not for this Court to decide as a state court suit is currently pending in the State of Texas.

The parties may re-file their motions for summary judgment once the issue of Mr. Daley's status has been determined.

THUS DONE AND SIGNED on this the 13th day of December, 2006.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA